OSCN Found Document:STATE OF OKLAHOMA ex rel. OBA v. STEFFEN

 

 
 STATE OF OKLAHOMA ex rel. OBA v. STEFFEN2026 OK 41Decided: 06/01/2026SUPREME COURT OF THE STATE OF OKLAHOMA
Cite as: 2026 OK 41, __ P.3d __

 
FOR PUBLICATION IN OBJ ONLY. NOT FOR OFFICIAL PUBLICATION. 

STATE OF OKLAHOMA ex rel. OKLAHOMA BAR ASSOCIATION, Complainant,
v.
SANDRA JEAN STEFFEN, Respondent.

ORDER OF IMMEDIATE INTERIM SUSPENSION

The Oklahoma Bar Association ("OBA"), in compliance with Rules 7.1 and 7.2 of the Rules Governing Disciplinary Proceedings ("RGDP"), has forwarded to this Court certified copies of the Information in CM-2025-347; Probable Cause Affidavit in CM-2025-347; Judgment and Sentence and Summary Facts of Misdemeanor Plea of Guilty in CM-2025-347 and CM-2025-346; Rules and Conditions at Plea or Sentencing in CM-2025-346 and CM-2025-347; Payment Plan Rules in CM-2025-346 and CM-2025-347; Information in CM-2025-346; and Probable Cause Affidavit in CM-2025-346 from the following matters in Canadian County, Oklahoma: State of Oklahoma v. Sandra Jean Steffen, Case No. CM-2025-346 and State of Oklahoma v. Sandra Jean Steffen CM-2025-347. Respondent pleaded guilty to two misdemeanor charges of Driving a Motor Vehicle While Under the Influence of Alcohol--Aggravated on two separate occasions. Respondent received a concurrent five-year deferred sentence with supervision by the District Attorney's Office for 18 months.

Rule 7.3 of the RGDP provides: "Upon receipt of the certified copies of Judgment and Sentence on a plea of guilty, order deferring judgment and sentence, indictment or information and the judgment and sentence, the Supreme Court may by order immediately suspend the lawyer from the practice of law until further order of the Court." Having received certified copies of the Judgment and Sentence and subsequent orders, this Court orders that Sandra Jean Steffen is immediately suspended from the practice of law pending further order from this Court.

Under Rule 7.4, RGDP, this Court "may order the lawyer ... to show cause in writing why a final order of discipline should not be made. The written return of the lawyer shall be verified and expressly state whether a hearing is desired. The lawyer may in the interest of explaining conduct or by way of mitigating the discipline to be imposed upon [her], submit a brief and/or any evidence tending to mitigate the severity of the discipline." Rule 7.4, RGDP. Pursuant to Rule 7.4, Sandra Jean Steffen has until June 15, 2026, to show cause in writing why a final order of discipline should not be imposed, to request a hearing, or to file a brief and any evidence tending to mitigate the severity of discipline. The OBA has until June 29, 2026, to respond.

DONE BY ORDER OF THE SUPREME COURT IN CONFERENCE THIS 1ST DAY OF JUNE 2026.

 

                                                                                                              /s/_____________________________________________________
                                                                                                                  CHIEF JUSTICE

ALL JUSTICES CONCUR